| | |
|---|---|
| 1 | Bradford K. Newman (178902) |
| | bradford.newman@bakermckenzie.com |
| 2 | Alexander G. Davis (287840) |
| | alexander.davis@bakermckenzie.com |
| 3 | Anne Kelts Assayag (298710) |
| | anne.assayag@bakermckenzie.com |
| 4 | **BAKER & McKENZIE LLP** |
| | 600 Hansen Way |
| 5 | Palo Alto, CA 94304 |
| | Telephone: +1 650 856 2400 |
| 6 | Facsimile:  +1 650 856 9299 |
| 7 | Teresa H. Michaud (296329) |
| | teresa.michaud@bakermckenzie.com |
| 8 | Kirby Hsu (312535) |
| | kirby.hsu@bakermckenzie.com |
| 9 | **BAKER & McKENZIE LLP** |
| | 1901 Avenue of the Stars, Suite 950 |
| 10 | Los Angeles, CA 90067 |
| | Telephone: +1 310 201 4728 |
| 11 | Facsimile:  +1 310 201 4721 |
| 12 | Attorneys for Defendant |
| | GOOGLE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COFFEE, MEI-LING MONTANEZ, and S.M., a minor by MEI-LING MONTANEZ, S.M.'s parent and guardian, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>          Defendant. | **Case No.  5:20-cv-03901-BLF**<br><br>**Date Action Filed: June 12, 2020**<br><br>**DECLARATION OF TERESA H. MICHAUD IN SUPPORT OF GOOGLE LLC'S MOTION TO DISMISS UNDER RULE 12(B)(6)**<br><br>**Date:     November 19, 2020**<br>**Time:    9:00 a.m.**<br>**Ctrm.:   3 - 5th Floor**<br>**Judge:   Hon. Beth Labson Freeman**<br><br>**Robert F. Peckham Federal Building & United States Courthouse**<br>**280 South 1st Street**<br>**San Jose, CA 95113** |

Case No. 5:20-cv-03901-BLF

DECLARATION OF TERESA H. MICHAUD

I, Teresa H. Michaud, declare and state as follows:

1. I am an attorney at law duly admitted to practice before this Court and the Courts of the State of California. I am a partner with the law firm of Baker & McKenzie LLP, counsel of record for Defendant Google LLC ("Google") in this case. I make this Declaration in support of Google's Request for Judicial Notice in connection with its Motion to Dismiss Under Rule 12(b)(6). I am the lead attorney at Baker & McKenzie LLP involved in handling this case on behalf of Google and have been since the inception of the case. As such, I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of the February 5, 2018 version of the Google Play Terms of Service, as it appeared on August 6, 2020. This version of the Google Play Terms of Service is publicly available at https://play.google.com/intl/en-us_us/about/play-terms/archive/.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed this 7th day of August, 2020, at Los Angeles, California.

                                          /s/ *Teresa H. Michaud*
                                          Teresa H. Michaud