UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Coffee, et al.<br><br>Plaintiff(s)<br>v.<br><br>Google LLC<br><br>Defendant(s) | CASE No C  5:20-cv-03901-BLF<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☒ **Private ADR** (*specify process and provider*)
  JAMS

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☒ other requested deadline:  January 15, 2021

Date: September 17, 2020        /s/ Timothy G. Blood
                                Attorney for Plaintiff
Date: September 17, 2020        /s/ Teresa H. Michaud
                                Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: September 21, 2020

*[signature]*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019

**<u>SIGNATURE ATTESTATION</u>**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Selecting ADR Process. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Timothy G. Blood, attest that concurrence in the filing of this document has been obtained.

Dated: September 17, 2020           */s/ Timothy G. Blood*
                                                                  TIMOTHY G. BLOOD

1