1  THE LAW OFFICES OF ANDREW J. BROWN
   ANDREW J. BROWN (160562)
2  501 West Broadway, Suite 1490
   San Diego, CA 92101
3  Tel: 619/501-6550
   andrewb@thebrownlawfirm.com
4
   BLOOD HURST & O'REARDON, LLP
5  TIMOTHY G. BLOOD (149343)
   THOMAS J. O'REARDON II (247952)
6  501 West Broadway, Suite 1490
   San Diego, CA 92101
7  Tel: 619/338-1100
   619/338-1101 (fax)
8  tblood@bholaw.com
   toreardon@bholaw.com
9
   Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| JOHN COFFEE, MEI-LING MONTANEZ, and S.M., a minor by MEI-LING MONTANEZ, S.M.'s parent and guardian, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 5:20-cv-03901-BLF<br><br>**STIPULATION EXTENDING BRIEFING DEADLINES RE DEFENDANT'S MOTION TO DISMISS; AND [PROPOSED] ORDER**<br><br>**CLASS ACTION**<br><br>District Judge Beth Labson Freeman<br>Courtroom 3, 5th Floor, San Jose<br>Magistrate Judge Susan van Keulen<br>Courtroom 6, 4th Floor, San Jose<br><br>Complaint Filed:　June 12, 2020<br>Trial Date:　　　　Not Set<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION**

Plaintiffs John Coffee, Mei-Ling Montanez, and S.M., a minor by Mei-Ling Montanez, S.M.'s parent and guardian, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendant Google LLC ("Defendant") hereby stipulate, pursuant to Civil L.R. 6-1 and 6-2 and subject to approval by the Court, for an extension of the deadlines to file opposition and reply memoranda regarding Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint. (ECF No. 66). The proposed extension and briefing schedule will not impact the hearing date relating to Defendant's Motion, which is set for October 21, 2021, or any other deadlines in this matter.

WHEREAS, on March 11, 2021, the Court granted the Parties' stipulation relating to Plaintiffs' First Amended Complaint and set the following deadlines:

- Plaintiffs' deadline to file their First Amended Complaint is March 19, 2021;
- Defendant's Motion to Dismiss shall be due on April 19, 2021;
- Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be due on May 19, 2021; and
- Defendant's Reply in Support of its Motion to Dismiss shall be due on June 9, 2021

(ECF No. 58).

WHEREAS, on April 19, 2021, Defendant filed its Motion to Dismiss (ECF No. 66). The Motion was set for a hearing on July 15, 2021.

WHEREAS, on April 23, 2021, the Court reset the hearing on Defendant's Motion to Dismiss to October 21, 2021. (ECF No. 68)

WHEREAS, due to scheduling conflicts and in light of the three-month continuance of the hearing relating to Defendant's Motion to Dismiss, Plaintiffs have requested and Defendant has agreed to a revised briefing schedule for the opposition and reply memoranda.

WHEREAS, the Parties believe there is good cause for the proposed, revised briefing schedule on Defendant's Motion to Dismiss to permit the Parties more time to file their opposition and reply briefs particularly because the deadlines will not impact the continued hearing date.

WHEREAS, the Parties have met and conferred, and believe there is good cause for the proposed motion to dismiss briefing schedule. This request is made in good faith, and the requested

schedule will not alter or effect any other deadline set by the Court. This is the first request for an extension since Defendant filed its Motion to Dismiss.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that:

1. Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be due on July 30, 2021.

2. Defendant's Reply in Support of its Motion to Dismiss shall be due on October 1, 2021.

3. The hearing on Defendant's Motion to Dismiss shall remain set for October 21, 2021.

**NOW, THEREFORE**, this Agreement is entered into by and among the Parties, by and through their respective counsel and representatives.

Respectfully submitted,

Dated: May 17, 2021

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:        s/ Timothy G. Blood
           TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN (160562)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/501-6550
andrewb@thebrownlawfirm.com

*Attorneys for Plaintiffs*

Dated: May 17, 2021

BAKER & McKENZIE LLP
TERESA H. MICHAUD (296329)

By:        s/ Teresa A. Michaud
           TERESA H. MICHAUD

10250 Constellation Blvd., Suite 1850
Los Angeles, CA  90067
Tel: 310/201-4728

310/201-4721 (fax)
teresa.michaud@bakermckenzie.com

BAKER & McKENZIE LLP
BRADFORD K. NEWMAN (178902)
ALEXANDER G. DAVIS (287840)
ANNE KELTS ASSAYAG (298710)
600 Hansen Way
Palo Alto, CA  94304
Tel: 650/856-2400
650/856-9299 (fax)
bradford.newman@bakermckenzie.com
alexander.davis@bakermckenzie.com
anne.assayag@bakermckenzie.com

*Attorneys for Defendant*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: May 17, 2021                                 BLOOD HURST & O'REARDON, LLP

                                                                  By:       *s/ Timothy G. Blood*
                                                                                 TIMOTHY G. BLOOD

# [~~PROPOSED~~] ORDER

Having reviewed the above Stipulation Extending Briefing Deadlines re Defendant's Motion to Dismiss, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order. The schedule relating to Defendant's Motion to Dismiss is as follows:

1. Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be due on **July 30, 2021**.

2. Defendant's Reply in Support of its Motion to Dismiss shall be due on **October 1, 2021**.

3. Defendant's Motion to Dismiss shall remain set for hearing on **October 21, 2021, at 9:00 a.m**.

**IT IS SO ORDERED.**

DATED: May 19, 2021

_____
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 17, 2021.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/501-6550
tblood@bholaw.com