BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN (160562)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/501-6550
andrewb@thebrownlawfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN COFFEE, MEI-LING MONTANEZ, and S.M., a minor by MEI-LING MONTANEZ, S.M.'s parent and guardian, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 5:20-cv-03901-BLF<br><br>**PLAINTIFFS' PROFFER RE: MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**<u>CLASS ACTION</u>**<br><br>District Judge Beth Labson Freeman<br>Courtroom 3, 5th Floor, San Jose<br><br>Complaint Filed:    June 12, 2020<br>Trial Date:        Not Set<br><br>**JURY TRIAL DEMANDED** |

On October 19, 2021, the Court held oral argument regarding Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint. *See* ECF No. 76. The Court inquired whether Plaintiffs purchased loot boxes directly from Google with money or bought virtual currency from Google with money, and then purchased loot boxes with the virtual currency in a two-step transaction. Following up on this factual issue after the hearing Plaintiffs' counsel confirmed that Plaintiff John Coffee purchased loot boxes directly from Google with fiat money on at least 11 occasions.

Attached as **Exhibit A** is a copy of Plaintiff Coffee's Google Play Store order history. The order history reflects purchases by Mr. Coffee from during the proposed class and indicates that he made the following purchases from Google with fiat money:

| Mobile App Game | Item Description | Date | Purchase Amount |
|---|---|---|---|
| Puzzles and Dragons | 2 Magic Stones & Egg Set E | March 27, 2019 | $1.99 |
| Puzzles and Dragons | Special One-Time Bargain Set A | August 4, 2018 | $4.99 |
| Clash Royale | Electro Valley Arena Pack | December 12, 2017 | $9.99 |
| Clash Royale | Arena 9 Starter Pack | April 30, 2017 | $9.99 |
| Clash Royale | Jungle Arena Pack | March 9, 2017 | $9.99 |
| Clash Royale | Barbarian Bowl Arena Pack | February 25, 2017 | $0.99 |
| Clash Royale | Spell Valley Arena Pack | February 15, 2017 | $4.99 |
| Clash Royale | P.E.K.K.A's Playground Arena Pack | January 31, 2017 | $0.99 |
| Clash Royale | Arena 8 Starter Pack | January 30, 2017 | $9.99 |
| Clash Royale | Arena 7 Starter Pack | January 24, 2017 | $9.99 |
| Clash Royale | Arena 6 Starter Pack | January 23, 2017 | $4.99 |

The order history shows Mr. Coffee purchased loot boxes directly with fiat money in connection with the following games:

a.      Puzzles and Dragons: The "Egg Machine" is the name of a loot box in Puzzles and Dragons. The "Special One-Time Bargain Set A" that Mr. Coffee purchased included one play on an Egg Machine loot box. *See* https://www.puzzleanddragons.us/single-post/2019/10/18/special-one-time-bargain-set-reset. The "2 Magic Stones & Egg Set E" that Mr. Coffee purchased from Google also included one play on an Egg Machine loot box. *See* https://www.puzzleanddragons.us/single-post/2020/10/08/deadly-sin-dragons-key-heroes.

b.      Clash Royale: A "Chest" is the name of a loot box in Clash Royale. The purchase of a "Pack" includes one or more chest loot boxes. For example, the image below depicts that an Electro Valley Arena Pack, which Mr. Coffee purchased from Google for $9.99 on December 12, 2017, contains virtual currency (gold and gems) and a "Legendary Chest" loot box:



Given this proffer, in the event the Court grant Defendant's motion to dismiss—which Plaintiffs believe should be denied—then Plaintiff Coffee requests leave to amend in the event the Court's ruling turns on the factual question of whether a direct payment of money was made to Google to purchase a loot box.

Respectfully submitted,

Dated: October 27, 2021

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:      *s/ Timothy G. Blood*
         TIMOTHY G. BLOOD (149343)

1

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN (160562)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/501-6550
andrewb@thebrownlawfirm.com

*Attorneys for Plaintiffs*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00183674

# EXHIBIT A



Entertainment

**Apps**

**Movies & TV**

**Books**

**Devices**

Account
Payment methods
Play Points    2,407
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

Search

Total you've spent in October

Your budget only applies to this account, and you can change it at any time.

Set budget

Order history

CATEGORIES ⌄





Rewards   **Order history**   Family





Rewards  **Order history**  Family

Entertainment

Apps

Movies & TV

Books

Devices

Account
Payment methods
Play Points          2,407
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

2 Magic Stones & Egg Set E          $1.99     Mar 27, 2019   Apps     Report a problem



Special One-Time Bargain Set A  $4.99  Aug 4, 2018  Apps  Report a problem





| | Arena 9 Starter Pack | $9.99 | Apr 30, 2017 | Apps | Report a problem |
| | Jungle Arena Pack | $9.99 | Mar 9, 2017 | Apps | Report a problem |
| | Barbarian Bowl Arena Pack | $0.99 | Feb 25, 2017 | Apps | Report a problem |
| | Spell Valley Arena Pack | $4.99 | Feb 15, 2017 | Apps | Report a problem |





























**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 27, 2021.

*s/  Timothy G. Blood*
TIMOTHY G. BLOOD