# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN COFFEE, MEI-LING MONTANEZ, AND S.M., a minor by MEI-LING MONTANEZ, S.M.'S parent and guardian, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No.  20-cv-03901-BLF<br><br>**JUDGMENT** |

Plaintiffs' first amended complaint having been dismissed without leave to amend and the action having been dismissed with prejudice,

It is hereby ordered and adjudged that Plaintiffs take nothing by this action and that

Judgment is entered for Defendant Google LLC and against Plaintiffs John Coffee, Me-Ling Montanez, and S.M.

Dated: January 10, 2022

BETH LABSON FREEMAN
United States District Judge