BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN (160562)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/501-6550
andrewb@thebrownlawfirm.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| JOHN COFFEE, MEI-LING MONTANEZ, and S.M., a minor by MEI-LING MONTANEZ, S.M.'s parent and guardian, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-03901-BLF<br><br>**CLASS ACTION**<br><br>District Judge Beth Labson Freeman<br>Courtroom 3, 5th Floor, San Jose<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>Complaint Filed: June 12, 2020<br>Trial Date: Not Set |

Notice is hereby given that plaintiffs JOHN COFFEE, MEI-LING MONTANEZ, and S.M., a minor by MEI-LING MONTANEZ, S.M.'s parent and guardian ("Plaintiffs"), on behalf of themselves and all others similarly situated, appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment (Dkt. No. 83), entered on January 10, 2022, and the order of dismissal (Dkt. No. 82).

Dated: February 9, 2022

Respectfully submitted,

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:       s/ Timothy G. Blood
            TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

THE LAW OFFICES OF ANDREW J. BROWN
ANDREW J. BROWN (160562)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/501-6550
andrewb@thebrownlawfirm.com

*Attorneys for Plaintiffs-Appellants*

# NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

1. Plaintiffs-Appellants JOHN COFFEE, MEI-LING MONTANEZ, and S.M., a minor by MEI-LING MONTANEZ, S.M.'s parent and guardian are represented by the following counsel:

BLOOD HURST & O'REARDON LLP
Timothy G. Blood (149343)
Thomas J. O'Reardon, II (247952)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

THE LAW OFFICES OF ANDREW J. BROWN
Andrew J. Brown (160562)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/501-6550
andrewb@thebrownlawfirm.com

2. Defendant GOOGLE, LLC is represented by the following counsel:

BAKER & McKENZIE LLP
Bradford K. Newman (178902)
Alexander G. Davis (287840)
Anne Kelts Assayag (298710)
600 Hansen Way
Palo Alto, CA  94304
Tel: 650/856-2400
650/856-9299 (fax)
bradford.newman@bakermckenzie.com
alexander.davis@bakermckenzie.com
anne.assayag@bakermckenzie.com

BAKER & McKENZIE LLP
Teresa H. Michaud (296329)
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Tel: 310/201-4728
310/201-4721 (fax)
teresa.michaud@bakermckenzie.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

Executed on February 9, 2022.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD